IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| HARRIS RESEARCH, INC., a Utah corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LARRY KRAETSCH, individually and dba BEAR CREEK CHEM-DRY,<br><br>　　　　Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Civil No. 1:06-CV-127 |

　　　　Before the court is the Report and Recommendation ("R&R") (#17) issued by United States Magistrate Judge Warner on June 11, 2007, recommending that the court grant plaintiff's motion for summary judgment (#12).

　　　　The defendant was properly notified of his right to object to the R&R and that he must file any objections by June 25, 2007. The court, withholding judgment up to this point due to defendant's pro se status, has not received any objections from the defendant.

　　　　Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's R&R, the court ADOPTS the R&R (#17) and GRANTS plaintiff's motion for summary judgment (#12); issues the injunctive relief sought; and awards plaintiff $4580.60 for attorney fees and costs. The Clerk's Office is directed to close the case.

　　　　SO ORDERED.

　　　　DATED this 30th day of July, 2007.

BY THE COURT:

_____
Paul G. Cassell,
United States District Judge